UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.   CASE NO.:   2:10-MJ-1119-FTM-DNF
   10MJ152-P-R-1 (Maine)

JAMES DUHAMEL

**O R D E R**

As a courtesy to the Court in the District of Maine the surety for the above named Defendant, James Duhamel, posted a $75,000.00 cash bond in the Middle District of Florida, Fort Myers Division. Since the case is from the District of Maine, the bond money belongs to that district.

Accordingly, it is hereby

**ORDERED** that **all funds** filed with the Clerk of Court in the Middle District of Florida relative to posting bond shall be **TRANSFERRED** to the District of Maine.

**ORDERED** this __26th__ day of November, 2010, in Ft. Myers, Florida.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

cc:   Financial Section